

# SAXENA WHITE

7777 Glades Road | Suite 300 | Boca Raton, FL 33434

Lester R. Hooker
lhooker@saxenawhite.com

February 11, 2020

**Via ECF**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2020

RE: *In re Perrigo Company plc Sec. Litig.*
19-CV-70-DLC

**MEMO ENDORSED**

Dear Judge Cote:

On January 24, 2020, this Court entered a Scheduling Order setting a pretrial conference for February 14, 2020 at 3:00 p.m. ECF No. 74. Steven B. Singer is the lead attorney for Lead Plaintiffs in this matter, and on Saturday, February 8, 2020, Mr. Singer's mother passed away. Accordingly, Lead Plaintiffs respectfully request an adjournment of the scheduled pretrial conference to February 28, 2020 at 10:30 a.m. Defendants have consented to this requested adjournment and are available at the requested date and time. Lead Plaintiffs previously requested a one-week extension of time in which to file the Second Amended Class Action Complaint, which was granted by the Court on May 10, 2019. ECF No. 57. Other than the foregoing, Lead Plaintiffs have not requested any adjournments or extensions of time.

Best regards,

/s/ Lester R. Hooker
Lester R. Hooker

Granted.

*Denise Cote*
2/11/20

cc: Counsel for all parties (*via* ECF)

FLORIDA | NEW YORK | CALIFORNIA
www.saxenawhite.com