USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE: PERRIGO COMPANY PLC SECURITIES :       19cv70 (DLC)
LITIGATION                            :
                                      :       ORDER
------------------------------------- X
```

DENISE COTE, District Judge:

The parties having indicated that they will pursue private mediation, the January 24, 2020 Referral to the Magistrate Judge for settlement is hereby

<u>VACATED</u>.

Dated:   New York, New York
         February 28, 2020

                                   _____
                                            DENISE COTE
                                   United States District Judge