```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :        19cv70 (DLC)
LITIGATION                               :
                                         :            ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 24, 2020, the parties filed letters raising a discovery dispute. It is hereby

ORDERED that a telephone conference is scheduled for **April 29, 2020** at **10:00 a.m.** The parties shall use the following dial-in instructions for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
           April 27, 2020

                                                      DENISE COTE
                                     United States District Judge