```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :    19cv70 (DLC)
LITIGATION                               :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 26, 2020, plaintiffs filed a motion for issuance of letters rogatory.  On June 30, plaintiffs filed a letter motion to seal certain portions of its June 26 filings.  On July 6, defendant Perrigo Company PLC ("Perrigo") filed a memorandum of law in opposition to the motion for issuance of letters rogatory, insofar as the proposed letters would request testimony from Ireland's Office of the Revenue Commissioners and its employees.  It is hereby

ORDERED plaintiffs' June 30 motion to seal is GRANTED.

IT IS FURTHER ORDERED that plaintiffs shall respond to Perrigo's July 6 memorandum by **July 13**.

Dated:  New York, New York
        July 7, 2020

_____
DENISE COTE
United States District Judge