```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :      19cv70 (DLC)
LITIGATION                               :
                                         :           ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 14, 2020, defendants filed an Opposition to Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel ("Defendants' Opposition"); a declaration in support of the Defendants' Opposition; and five exhibits to the declaration. That same day, defendants filed a letter motion to seal certain portions of their August 14 filings. It is hereby

ORDERED that defendants' request to file their exhibits under seal is GRANTED.

IT IS FURTHER ORDERED that defendants' request to file a redacted version of their Opposition is DENIED. Defendants shall file an unredacted version on the public docket.

Dated:   New York, New York
         August 18, 2020

                                       _____
                                            DENISE COTE
                                       United States District Judge