**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE PERRIGO COMPANY PLC SECURITIES LITIGATION

```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2020
```

19-cv-70 (DLC)

## [PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL

Pending before the Court is the motion of Lead Plaintiffs City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund ("Lead Plaintiffs"), to certify this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, appoint Lead Plaintiffs as Class Representatives, and appoint Lead Counsel Saxena White, P.A. as Class Counsel (the "Motion").

Having fully considered Lead Plaintiffs' Motion, and all papers in support thereof and in opposition thereto, and good cause appearing therefor;

**IT IS HEREBY ORDERED**, that:

1. Lead Plaintiffs' Motion is **GRANTED**;

2. The following Class is certified: All persons or entities who purchased or otherwise acquired publicly traded common stock of Perrigo Company plc ("Perrigo") in the United States, from November 8, 2018 to December 20, 2018, inclusive, and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of Perrigo at all relevant times, members of their immediate families, and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers, and any affiliates or subsidiaries thereof, and any entity in which Defendants or their immediate families have or had a controlling interest;

3. Lead Plaintiffs City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund are appointed as Class Representatives; and

4. Saxena White, P.A. is appointed as Class Counsel.

**IT IS SO ORDERED:**

Dated: September 25, 2020

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE