```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :      19cv70 (DLC)
LITIGATION                               :
                                         :          ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 13, 2020, the City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund (together, the "Class Representatives") moved for entry of the proposed Order Approving Notice and Summary Notice of Pendency of Class Action. It is hereby

ORDERED that the Class Representatives shall file a revised notice that omits from paragraph 20 any reference to copies of public pleadings, Court rulings, and other filings being available for review and copying at the Clerk of Court's office.

Dated:   New York, New York
         November 17, 2020

                                  _____
                                          DENISE COTE
                                  United States District Judge