```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :       19cv70 (DLC)
IN RE: PERRIGO COMPANY PLC SECURITIES    :
LITIGATION                               :          ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 24 and 30, 2020, the parties filed submissions addressed to a dispute over the defendants' invocation of the attorney-client privilege.  They have requested that certain information from their submissions be filed in redacted form or under seal because a confidentiality order designates the material as "confidential."

The parties are reminded that sealing requests are evaluated under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006).  The fact that material is designated as "confidential" is not a sufficient basis by itself to withhold material from the public record.  Accordingly, it is hereby

ORDERED that the parties may redact or file under seal information that the defendants contend is covered by the attorney-client privilege.  To the extent that the parties seek to redact or file under seal other information, they must

describe the basis for that request in a letter filed with the Court.  <u>See</u> Individual Practices in Civil Cases Rule 7(B).

Dated:    New York, New York
          December 1, 2020

                              _____
                                    DENISE COTE
                              United States District Judge