```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :        19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES     :
LITIGATION                               :            ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 20, 2021, the lead plaintiffs moved for leave to amend their complaint for the third time. Accordingly, it is hereby

ORDERED that the defendants' opposition is due **January 29.** The lead plaintiffs' reply is due **February 5.**

IT IS FURTHER ORDERED that a telephone conference shall occur on **Friday, February 12** at **3:00 p.m.** The dial-in credentials for the telephone conference are the following:

```
        Dial-in:        888-363-4749
        Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         January 22, 2021

                                    _____
                                              DENISE COTE
                                     United States District Judge