

SAXENA WHITE

10 Bank Street  I  8th Floor  I  White Plains, NY 10606

Steven B. Singer
ssinger@saxenawhite.com

January 27, 2021

**VIA ECF**

Honorable Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *In Re Perrigo Company PLC Securities Litigation*
Case No.: 1:19-cv-00070-DLC

Dear Judge Cote:

We represent Lead Plaintiffs in the above-captioned matter, and we write to respectfully request that the telephone conference the Court scheduled on Plaintiffs' motion for leave to amend on February 12, 2021 at 3:00 pm EST (*see* ECF No. 179) be moved to a time earlier that day, and specifically before 1:00 pm EST, due to the fact that counsel for Lead Plaintiffs will be traveling on the afternoon of February 12.  Defendants have advised that they do not oppose Plaintiffs' request, but have asked that Plaintiffs note to the Court that Mr. Gonzalez of Dechert LLP, counsel for Defendant Winowiecki, will not be able to make an earlier time (however Defendants have advised that Mr. Gonzalez's partner, Angela Liu, who is fully knowledgeable about and has participated in all aspects of this matter, will be able to attend).

Plaintiffs have not made any prior requests for an adjournment or extension of time with respect to the hearing scheduled on February 12.

Respectfully,

*/s/ Steven B. Singer*
Steven B. Singer

cc:   Counsel for all parties (*via* ECF)

Granted.  The telephone
conference shall proceed on
February 12, 2021 at 12:00 p.m.

_____
DENISE COTE
United States District Judge