```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES     :
LITIGATION                               :          ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 20, 2021, after conferring with the defendants in this matter, the lead plaintiffs moved for leave to redact certain documents filed in support of their motion to further amend the complaint. On January 27, the defendants filed a letter articulating the basis for the proposed redactions under the Second Circuit's three-step analysis in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 119-20 (2d Cir. 2006). The Court having reviewed the parties' submissions, it is hereby

ORDERED that the lead plaintiffs' January 20 motion is granted.

Dated:   New York, New York
         January 28, 2021

_____
                      DENISE COTE
          United States District Judge