One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax:+1.212.859.4000



**Via ECF**
Hon. Denise L. Cote
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Direct Line: +1.212.859.8565
Email: samuel.groner@friedfrank.com
January 29, 2021

MEMO ENDORSED

Re:   *In re Perrigo Company plc Securities Litigation*, 19-CV-70 (DLC)

Dear Judge Cote:

We represent Perrigo Company plc in the above-captioned action. We respectfully submit this Letter Motion, in accordance with Section 8(B) of Your Honor's Individual Practices in Civil Cases, for an order sealing portions of Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Leave to Amend the Second Amended Complaint (the "Opposition") and the accompanying Declaration of Samuel M. Light (the "Light Declaration"). The documents Perrigo seeks to seal describe sensitive, nonpublic business information concerning legal proceedings outside of the United States (including communications with counsel and other external advisors), determinations made surrounding Perrigo's tax positions, and discussions of Perrigo's internal controls. For the reasons more fully set out in Perrigo's Letter Motion to Seal Portions of Plaintiffs' Motion, ECF 182, Perrigo asks that the Court seal portions of the Opposition and Light Declaration that discuss or reference materials that this Court has already sealed in connection with Lead Plaintiffs' Motion for Leave to Amend the Second Amended Complaint in accordance with *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). *See* Order, ECF 183.

Defendants have filed the proposed sealed documents contemporaneously with this Letter Motion and they have been electronically related to this Letter Motion.

Respectfully yours,

*/s/ Samuel P. Groner*
Samuel P. Groner

cc: All Counsel (via ECF)

Granted.  02.01.21.

_____
DENISE COTE
United States District Judge

New York • Washington • London • Frankfurt
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership