```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES     :
LITIGATION                               :        ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On February 10, 2021, the Court issued an Opinion denying the lead plaintiffs' motion to further amend their complaint. Accordingly, it is hereby

ORDERED that the February 12 telephone conference is cancelled.

Dated:   New York, New York
         February 10, 2021

                              _____
                                      DENISE COTE
                              United States District Judge