UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :    19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES   :
LITIGATION                             :    ORDER
                                       :
---------------------------------------X

DENISE COTE, District Judge:

It is hereby

ORDERED that an oral argument will be held on **Tuesday, July 13, 2021 at 4:00 p.m.** in Courtroom 18B, 500 Pearl Street on the motions in limine addressed to the parties' accounting experts. The parties shall be prepared to address the following questions:

1. Is footnote 3 in In re Perrigo Co. PLC Sec. Litig., No. 19CV70 (DLC), 2021 WL 517441 (S.D.N.Y. Feb. 10, 2021) correct? If so, why has neither party made arguments about it? If not, why not?

2. Does the roughly $2 billion that Irish Revenue contends Perrigo owes constitute payment of an income tax as that term is used in ASC 450-20-15-2(c)?

Dated:   New York, New York
         July 8, 2021

                                 _____
                                         DENISE COTE
                                 United States District Judge