UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :     19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES :
LITIGATION                          :        ORDER
                                    :
------------------------------------X

DENISE COTE, District Judge:

It is hereby

ORDERED that the oral argument scheduled for July 13, 2021

at 4:00 p.m. is cancelled.


Dated:    New York, New York
          July 11, 2021

                              _____
                                    DENISE COTE
                            United States District Judge