```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES     :
LITIGATION                               :     CORRECTED ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of July 11, 2021 excluded the report of the defendants' accounting expert. An Opinion of July 15, 2021 granted summary judgment for the plaintiffs as to falsity. On July 26, the defendants filed a motion for reconsideration pursuant to Local Rule 6.3. It is hereby

ORDERED that the plaintiffs shall file any opposition to the motion for reconsideration by **August 9, 2021.**

IT IS FURTHER ORDERED that the defendants shall file any reply by **August 16, 2021.**

Dated:   New York, New York
         July 30, 2021

                                         _____
                                                    DENISE COTE
                                            United States District Judge