```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: PERRIGO COMPANY PLC SECURITIES     :   19cv70 (DLC)
LITIGATION                                :
                                          :   ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 3, 2021, defendant Perrigo Company PLC ("Perrigo") requested permission to present via live video the testimony of trial witnesses who cannot be present in person for the trial due to restrictions related to the COVID-19 pandemic. The plaintiffs object. It is hereby

ORDERED that the defendants' request is denied. There shall be no live video testimony at trial.

IT IS FURTHER ORDERED that the parties shall identify by **August 13** any witness whose testimony should be preserved through a de bene esse deposition.

IT IS FURTHER ORDERED that the parties shall confer and arrange to complete any such depositions by **September 24.**

IT IS FURTHER ORDERED that this action shall be placed on a trial-ready calendar for the week of **October 11, 2021.**

Dated:   New York, New York
         August 6, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge