```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :    19cv70 (DLC)
LITIGATION                               :
                                         :    ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

The jury trial shall take place in a courtroom reconfigured to allow a socially distanced proceeding. Accordingly, it is hereby

ORDERED that three persons may sit at plaintiff's table and four persons may sit at defendants' tables. Other trial participants may be seated at designated locations in the courtroom or in an overflow courtroom.

Dated:   New York, New York
         August 6, 2021

                                    _____
                                              DENISE COTE
                                      United States District Judge