```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE: PERRIGO COMPANY PLC SECURITIES  :    19cv70 (DLC)
LITIGATION                             :
                                       :       ORDER
-------------------------------------- X
```

DENISE COTE, District Judge:

On August 3, 2021, the parties notified the Court that they do not consent to a bench trial. No more than two weeks shall be allocated for the trial of this case in a courtroom reconfigured for socially distanced jury trials during the COVID-19 pandemic. Accordingly, it is hereby

ORDERED that the parties shall confer by **September 3** on a schedule for the presentation of evidence to the jury in no more than thirty hours, those hours to be divided equally between plaintiffs and defendants.

Dated:   New York, New York
         August 20, 2021

                                          _____
                                                 DENISE COTE
                                          United States District Judge