```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
IN RE: PERRIGO COMPANY PLC SECURITIES    :      19cv70 (DLC)
LITIGATION                               :
                                         :          ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 23, 2021, plaintiffs requested that the Court prohibit defendants from taking the <u>de bene esse</u> deposition of Donal O'Connor.  Plaintiffs also submitted a letter motion for leave to file under seal three exhibits accompanying the August 23 letter.  Accordingly, it is hereby

ORDERED that any response from defendants on these issues shall be submitted by 5:00 p.m. on August 24, 2021.

Dated:   New York, New York
         August 24, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge