UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PERRIGO COMPANY PLC SECURITIES LITIGATION | 19-cv-70 (DLC) |

### NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND (II) APPROVAL OF NOTICE TO THE CLASS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Notice to the Class, and the Stipulation and Agreement of Settlement with accompanying exhibits, filed simultaneously herewith, and all prior proceedings in this Action, Lead Plaintiffs City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund ("Lead Plaintiffs"), by and through their undersigned counsel, pursuant to Rule 23 of the Federal Rules of Civil Procedure, shall move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a date and time to be set by the Court, in Courtroom 18B of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, for an Order (i) granting preliminary approval of the proposed Settlement; (ii) approving the proposed form and manner of notice given to the Class; and (iii) scheduling a hearing on Lead Plaintiffs' motion for final approval of the Settlement and Lead Counsel's application for an award of attorneys' fees and expenses.  Defendants do not oppose this Motion.

Dated: October 4, 2021                          Respectfully submitted,

                                                             **SAXENA WHITE P.A.**

                                                             By: */s/ Steven B. Singer*
                                                             Steven B. Singer

Kyla Grant
Joshua H. Saltzman
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White, III
Lester R. Hooker
Brandon T. Grzandziel
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
bgrzandziel@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 4, 2021 on all counsel or parties of record.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Steven B. Singer*
Steven B. Singer