UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    19cv70 (DLC)
IN RE PERRIGO COMPANY PLC SECURITIES    :
LITIGATION                              :    ORDER
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On October 4, 2021, lead plaintiffs The City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund, moved for preliminary approval of the proposed settlement of the action, approval of notice to the class members, and the scheduling of a hearing. It is hereby

ORDERED that a telephone conference will be held to discuss preliminary approval of the settlement on **October 15, 2021** at **10:00 a.m.**

The parties shall use the following dial-in credentials for the conference.

        Dial-in:         888-363-4749
        Access code:     4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         October 7, 2021

                                                  DENISE COTE
                             United States District Judge