UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PERRIGO COMPANY PLC SECURITIES LITIGATION | 19-cv-70 (DLC) |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND
APPROVAL OF THE PLAN OF ALLOCATION**

**PLEASE TAKE NOTICE** that Lead Plaintiffs City of Boca Raton General Employees' Pension Plan and Palm Bay Police and Firefighters' Pension Fund ("Lead Plaintiffs"), by and through the undersigned counsel, shall move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, on February 16, 2022, 10:00 a.m. EST, in Courtroom 18B of the United States District Courthouse at 500 Pearl Street, New York, New York 10007, for an Order approving the proposed Settlement and Plan of Allocation as fair, reasonable, and adequate to the Class.

Dated: January 12, 2022

Respectfully submitted,

**SAXENA WHITE P.A.**

By: */s/ Steven B. Singer*
Steven B. Singer
Kyla Grant
Joshua H. Saltzman
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 216-2220
ssinger@saxenawhite.com
kgrant@saxenawhite.com
jsaltzman@saxenawhite.com

**SAXENA WHITE P.A.**
Maya Saxena

Joseph E. White, III
Lester R. Hooker
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone:  (561) 394-3399
Facsimile:   (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on January 12, 2022 on all counsel or parties of record. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Steven B. Singer*
Steven B. Singer